**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**AUGUSTIN GALVIN-GARCIA, Jr.,**

       Petitioner,

  vs.                                   Civil Action 2:12-CV-261
                                            Criminal No. 2:10-CR-225(3)
                                            Judge Marbley
                                            Magistrate Judge King

**UNITED STATES OF AMERICA,**

       Respondent.

## ORDER and REPORT AND RECOMMENDATION

Respondent filed its response to the motion to vacate under 28 U.S.C. § 2255 on August 3, 2012. Doc. No. 159. Under these circumstances, it is **RECOMMENDED** THAT petitioner's August 31, 2012 motion for default judgment, Doc. No. 162, be denied.

Respondent is **ORDERED** to provide another copy of its response to petitioner. Petitioner may have until September 30, 2012, to file his traverse.

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers*,

*Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

s/Norah McCann King
Norah M<sup>c</sup>Cann King
United States Magistrate Judge

Date: September 5, 2012